**FILED**
October 22, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                )<br>         Plaintiff,             )<br>v.                              )<br>                                )<br>KARINA CHAIREZ,                 )<br>         Defendant.             )<br>                                )  | Case No. 2:20-mj-00160-JDP<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, KARINA CHAIREZ, Case No. 2:20-mj-00160-JDP from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 _X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered to appear on 11/19/2020 at 10:00 a.m. (Eastern time) in the Southern District of New York.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/22/2020  at  2:52 p.m.

By: _____
UNITED STATES MAGISTRATE JUDGE